IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSE GUADALUPE CARRANZA CONTRERAS Individually and on and Behalf of All Others Similarly Situated<br><br>*Plaintiff*<br><br>v.<br><br>PRIME LAWN CARE, INC, d/b/a PRIME LANDACAPE SERVICES and GREGORY HAMANN,<br>*Defendants* | § § § § § § § § § § § § § § § Civil Action No. 3:14-CV-04512-G |

## ENTRY OF APPEARANCE

To the clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendants Prime Lawn Care, Inc, d/b/a Prime Landscape Services[1] and Gregory Hamann.  I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

---

[1] Incorrectly named as Prime Landacape Services in Plaintiff's Complaint.

**ENTRY OF APPEARANCE FOR JENNIFER A. YOUPA – Page 1**

Dated February 3, 2015                    Respectfully submitted,

                 */s/ Jennifer A. Youpa*
                 Jennifer A. Youpa
                 Texas State Bar No. 01383400
                 Jonathan G. Rector
                 Texas State Bar No. 24090347

                 LITTLER MENDELSON, P.C.
                 A Professional Corporation
                 2001 Ross Avenue
                 Suite 1500, Lock Box 116
                 Dallas, TX  75201.2931
                 214.880.8100
                 214.880.0181 (Fax)
                 jyoupa@littler.com

                 ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

On February 3, 2015, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Electronic Case Filing system of the Court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

                 */s/ Jennifer A. Youpa*
                 Jennifer A. Youpa